■ In the Matter of LUIS MENENDEZ, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and RAMONA CLEMENTE et al., Respondents.— Order entered on September 3, 1965, granting in part petitioner's motion to invalidate certain "nominating and/or designating petitions" and validating other such petitions modified, on the law, on the facts and in the exercise of discretion, without costs and without disbursements, to the extent of granting the withdrawal application made by petitioner and deleting from said order the first decretal paragraph. (See *Matter of Lutkitz* v. *Power*, 24 A D 2d 709.) Concur — Rabin, J. P., Valente and Eager, JJ.; Stevens, J., dissents and votes to affirm.

## (September 16, 1965)

■ In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property Within the Area Bounded by Frankfort Street and other Streets for Brooklyn Bridge Southwest Urban Renewal Project, in the Borough of Manhattan. 187 WILLIAM ST., CORP., Appellant; CHASE MANHATTAN BANK, Respondent.— Order, entered on May 26, 1965, in a condemnation proceeding, insofar as appealed from, unanimously affirmed, without costs or without disbursements. Among other things, the extension agreement provides for an assignment of so much of any condemnation award as would satisfy the mortgage debt. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ. [46 Misc 2d 558.]